**Order filed April 28, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00055-CV

_____

## IN RE FAF HOLDING COMPANY, L.L.C., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 18-DCV-256411**

---

## ORDER

On January 14, 2022, relator FAF Holding Company, L.L.C. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Frank J. Fraley, presiding judge of the 240th District Court in Harris County, Texas, to set aside his June 18, 2020 order of abatement and his September 17, 2020 order denying severance.

Relator's petition does not comply with the Texas Rules of Appellate Procedure. *See* Tex. R. App. 52.3(k) (providing that appendix must contain certified or sworn copy of any order complained of, or any other document showing matter

complained of); 52.7(a)(1) (requiring relator to file with petition certified or sworn copy of every document that is material to relator's claim for relief and that was filed in any underlying proceeding). By this order, the court gives relator **ten days'** notice that the petition will be dismissed for failure to comply with Rules 52.3(k) and 52.7(a)(1) unless the deficiencies are cured. *See generally* Tex. R. App. P. 42.3(c).

PER CURIAM

Panel consists of Justices Wise, Spain, and Hassan. (Wise, J., Notice is not required before dismissing a petition for writ of mandamus. *See In re Kholaif*, 624 S.W.3d 228 (Tex. App.—Houston [14th Dist.] 2020, orig. proceeding) (Frost, C.J., dissenting).